UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARLENA DAVIS, )
                Plaintiff, )    Case No. 2:18-cv-01613-APG-CWH
)
vs. )    **ORDER**
)
CITY OF LAS VEGAS, et al., )
                Defendants. )

The United States Postal Service has returned as undeliverable the court's advisory letter that was mailed to Ms. Davis. (Mail Returned as Undeliverable (ECF No. 3).) The post office's notice printed on the envelope states that the letter, which was sent to the post office's general delivery address, was unclaimed and cannot be forwarded. Thus, it appears that Ms. Davis is no longer using the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Ms. Davis must file a notice with her current mailing address with the court by November 20, 2018, so that the court is able to communicate with her regarding this case. If Ms. Davis does not update her address by that date, the court will recommend dismissal of this case.

IT IS SO ORDERED.

DATED: October 30, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**