**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARLENA DAVIS,  )
                Plaintiff,  )  Case No.  2:18-cv-01613-APG-CWH
                         )
vs.  )  **REPORT & RECOMMENDATION**
                         )
CITY OF LAS VEGAS, et al.,  )
                Defendants.  )

On October 31, 2018, the court entered an order requiring pro se plaintiff Marlena Davis to file a notice with her current mailing address so the court is able to communicate with her about this case. (Order (ECF No. 4).)  Plaintiff's deadline for doing so was November 20, 2018.  (*Id.*) Plaintiff was advised that failure to comply with the order would result in a recommendation that her case be dismissed.  (*Id.*)  Plaintiff has not updated her address or taken any other action in this case since the court's order dated October 31, 2018, and she therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff Marlena Davis' case be dismissed without prejudice under Local Rule IA 3-1.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: November 26, 2018

                                                                           
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**