UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARLENA DAVIS,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF LAS VEGAS, NV and IGT,<br><br>    Defendants | Case No.: 2:18-cv-01613-APG-CWH<br><br>**Order Accepting Report and Recommendation and Dismissing Case Without Prejudice**<br><br>[ECF No. 5] |

On November 26, 2018, Magistrate Judge Hoffman recommended that I dismiss this case without prejudice because plaintiff Marlena Davis has not updated her address or otherwise taken action in the case. ECF No. 5. Davis did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Hoffman's report and recommendation **(ECF No. 5) is accepted** and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 14th day of December, 2018.

                                                ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE